CLAUDIA LEA PHELPS, EXECUTRIX, ETC., ET AL., APPEL-
LANTS, v. THE BOROUGH OF FORT LEE IN THE
COUNTY OF BERGEN ET AL., RESPONDENTS.

Argued February 2, 1937—Decided April 30, 1937.

For the appellants, *William A. Stevens, Wurts & Plymp-
ton, Reed & Reynolds* and *Harrison & Roche.*

For the respondents, *Warren Dixon, Jr.,* and *Lawrence A.
Cavinato.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Bodine in the Suprem Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-
CHARD, PARKER, LLOYD, DONGES, PERSKIE, DEAR, WOLFS-
KEIL, RAFFERTY, JJ. 10.

*For reversal*—CASE, HETFIELD, WELLS, COLE, JJ. 4.